PEASE v. PENNSYLVANIA R. CO.

(Supreme Court, Appellate Division, Fourth Department.   March 16, 1910.)

Appeal from Trial Term, Monroe County.
Action by William E. Pease against the Pennsylvania Railroad Company. From a judgment for plaintiff, and from an order denying a new trial on the ground of newly discovered evidence, defendant appeals.   Affirmed.
See, also, 122 N. Y. Supp. 784.
Argued before McLENNAN, P. J., and SPRING, WILLIAMS, KRUSE, and ROBSON, JJ.

Frank Rumsey (Ernest C. Whitbeck, of counsel), for appellant.
Forsyth Bros., for respondent.

PER CURIAM.   Judgment affirmed, with costs.

ROBSON, J., dissents upon the ground that the motion for a new trial upon the ground of newly discovered evidence should be granted.   See opinion by WILLIAMS, J., on decision of appeal from order denying motion for new trial upon ground of newly discovered evidence in same case, decided at this term of court. 122 N. Y. Supp. 784.